**WO**

| | |
|---|---|
| ORLANDO MEDINA; MAHELIO RICO; JOSEPH MUNIZ; JOSE RODRIGUEZ<br><br>            Plaintiffs,<br><br>    vs.<br><br>CHAS ROBERTS AIR CONDITIONING, INC.; DOES 1 through 20,<br><br>            Defendant. | No. CV05-04214-PHX-SMM<br><br>**ORDER** |

Having considered the parties' Stipulation to Extend Discovery Deadlines for Settlement Purposes (dkt. 36), and good cause appearing therefore,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend Discovery Deadlines for Settlement Purposes. (Dkt. 36.)

**IT IS FURTHER ORDERED** that the deadlines for non-expert discovery and for plaintiffs to make expert disclosures are extended from September 15, 2006 and September 22, 2006, to October 16, 2006 and October 23, 2006, respectively, to allow the parties to engage in settlement discussions.

Dated this 11th day of September, 2006.

Stephen M. McNamee
United States District Judge

723714.1
9/8/2006