**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Orlando Medina, et al., | ) | No. CV 05-4214-PHX-SMM |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Chas Roberts Air Conditioning, Inc.; Does 1 through 20, | ) | |
| Defendants. | ) | |

Having received the parties' Stipulation of Dismissal With Prejudice (dkt. 38), filed with this Court on October 23, 2006, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal With Prejudice is **GRANTED**.  (Dkt. 38.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED VACATING** the Final Pretrial Conference currently scheduled for March 14, 2007, and all other deadlines.

DATED this 24th day of October, 2006.

Stephen M. McNamee
United States District Judge